MICHAEL SCOLAVINO, an Infant, by ANTHONY SCOLAVINO, his Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27647.) — Motion for leave to appeal as a poor person. Apparently the only issue is as to the amount of damages. Claimant has received an award of $9,000

in the Court of Claims. Motion for leave to appeal as a poor person upon a typewritten record is granted, with $25 costs. It is suggested that the only issue being the amount of damages, that the testimony be limited to that issue. All concur. [187 Misc. 253.]